# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| COURTNEY VO, an individual, | Case No. 8:20-cv-01948 CJC (JDEx) |
| Plaintiff, | **ORDER RE: STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |
| vs. | |
| AMTRUST FINANCIAL SERVICES, INC., a California corporation; and DOES 1 THROUGH 25, inclusive, | Action Filed: July 14, 2020<br>Trial Date: March 29, 2022<br>District Judge: Hon. Cormac J. Carney<br>Magistrate Judge: Hon. John D. Early |
| Defendants. | |

ORDER

The Parties having stipulated, IT IS HEREBY ORDERED that the entire action be dismissed with prejudice.

DATED: November 22, 2021

_____
The Honorable Cormac J. Carney